USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                               :
ALTICE USA, INC. and CSC HOLDINGS, LLC,      :
                                                              :
                                            Movants,     :
                                                              :          24-MC-85 (VEC)
                            -against-                                 :
                                                              :                   <u>ORDER</u>
OpSec Online LLC,                                               :
                                                  Respondent.   :
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on February 23, 2024, Altice USA, Inc. and CSC Holdings, LLC (together, "Altice") moved to compel OpSec Online LLC ("Opsec") to produce documents in connection with a subpoena duces tecum dated June 29, 2023 (the "Motion"), which requested documents related to ongoing litigation between Altice and third parties in the Eastern District of Texas (the "Underlying Litigation"), *see* Mot., Dkts. 1–3;

        IT IS HEREBY ORDERED Altice must serve a copy of the Motion and supporting documents on OpSec by not later than **Wednesday, February 28, 2024**, and file proof of service via ECF by not later than **Thursday, February 29, 2024**.

        IT IS FURTHER ORDERED that, given the time sensitivity of the Motion and the upcoming discovery deadline in the Underlying Litigation, OpSec must respond to the Motion by not later than **Wednesday, March 6, 2024**. Altice may file a reply in support of its Motion by not later than **Monday, March 11, 2024**.

**SO ORDERED.**

Date: **February 26, 2024**
       New York, NY

                                                             **VALERIE CAPRONI**
                                                             **United States District Judge**