```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALTICE USA, INC. and CSC HOLDINGS, LLC,

                                       Movants,

                     -against-

OPSEC ONLINE LLC,

                                  Respondent.
------------------------------------------------------------------X

24-MC-85 (VEC)

<u>ORDER</u>

**VALERIE CAPRONI, United States District Judge:**

       WHEREAS on February 23, 2024, Altice USA, Inc. and CSC Holdings, LLC (together, "Altice") moved to compel OpSec Online LLC ("Opsec") to produce documents in connection with a subpoena duces tecum dated June 29, 2023 (the "Motion"), which requested documents relevant to ongoing litigation between Altice and third parties in the Eastern District of Texas (the "Underlying Litigation"), *see* Mot., Dkts. 1–3;

       WHEREAS on March 6, 2024, OpSec opposed the Motion and indicated that it had produced complete copies of its source code (which contained thousands of pages of code) on February 23, 2024, and hundreds of thousands of pages of documents on March 4 and 5, 2024, Opp. Mem., Dkt. 10 at 2;

       WHEREAS on March 11, 2024, Altice filed a reply, in which it acknowledged that OpSec produced additional metadata and load files on March 6 and 8, 2024, and that the "recent document productions may moot certain of the parties' disputes," Reply Mem., Dkt. 11 at 3;

       WHEREAS it is now unclear to the Court the specific relief Altice seeks; and

       WHEREAS fact discovery in the Underlying Litigation closes April 1, 2024, and the deposition of OpSec's corporate witness is scheduled for March 20, 2024, Mot., Dkt. 2 at 1–2;

IT IS HEREBY ORDERED that, by no later than **12:00 P.M. on Friday, March 15, 2024**, the parties must meet and confer *in person* for at least one hour to resolve any remaining disputes.

IT IS FURTHER ORDERED that, by no later than **12:00 P.M. on Friday, March 15, 2024**, the parties must submit a joint letter stating whether there are any remaining disputes; if there are, the letter must state specifically what documents are in dispute and include an explanation of each party's position on the dispute.

**SO ORDERED.**

Date:  March 12, 2024
       New York, NY

_____
       **VALERIE CAPRONI**
       **United States District Judge**