

NORTH AMERICA SOUTH AMERICA EUROPE ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/2024

**KRISHNAN PADMANABHAN**
(212) 294-3564
Partner
KPadmanabhan@winston.com

May 31, 2024



**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Street
New York, New York 10007

**Re: *Altice USA Inc. et al. v. OpSec Online LLC*, Case No. 1:24-mc-00085-VEC**

Dear Judge Caproni:

Altice files this joint letter on behalf of both parties with regard to OpSec's Motion for Award of Costs Associated with Responding to Altice's Subpoena (Dkt. 25) to advise the Court that the parties have reached an agreement to resolve OpSec's Motion. Therefore, Altice will not be filing an opposition brief as contemplated by the Court's Order (Dkt. 21). The parties expect to finalize the agreement within 5 business days and will provide the Court with a status report no later than Monday, June 10, 2024.

Respectfully submitted,

*/s/ Krishnan Padmanabhan*

Michael S. Elkin
Krishnan Padmanabhan
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-6700
KPadmanabhan@winston.com
MElkin@winston.com

*Attorneys for Movants Altice USA, Inc. and CSC Holdings, LLC*

*/s/ Timothy M. Reynolds*

Timothy M. Reynolds, Esq. (admitted pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Boulder Plaza, 1801 13th Street, Suite 300





Boulder, CO 80302-5386
Tel: 303-444-5955
Fax: 303-866-0200
timothy.reynolds@bclplaw.com

Jonathan E. Ginsberg
Chris M. LaRocco
**BRYAN CAVE LEIGHTON PAISNER LLP**
1290 Avenue of the Americas
New York, New York 10104
Tel: 212-541-2000
Fax: 212-541-4630

*Attorneys for Respondent OpSec Online LLC*

The parties have resolved OpSec's motion for costs and, as previously indicated, they have no further issues regarding OpSec's compliance*, see* Letter, Dkt. 22. By not later than **Monday, June 10, 2024**, the parties must file a joint status letter indicating whether this case can be closed.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 24.

SO ORDERED.

6/3/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE